## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUM.: 10-02494 SEK |
|---|---|
| ARTURO RAFAEL ROBLES QUIROS | |
| DEBTOR(S) | CHAPTER 13 (ASSET CASE) |

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 08/25/2010**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 25 day of August, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **10-02494 SEK**

**ROBLES QUIROS, ARTURO RAFAEL**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **8/25/2010**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **2** = $ **300.00**
$ **650.00** x **58** = $ **37,700.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **38,000.00**

Additional Payments:
$ **7,000.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **45,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ ARTURO RAFAEL ROBLES QUIROS**
Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO**  Cr. ___  Cr. ___
# **8092**  # ___  # ___
$ **23,050.00**  $ ___  $ ___

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BANCO POPULAR D   GEREN COOP**

5. ☐ Other:
_____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other:
☐ Paid 100% / ☐ Other:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **EURO LEASE** | | |
| | **VISMAL BURGOS** | | |

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

SURRENDER FOR PAYMENT IN FULL POPULAR MORTGAGE ACCOUNT ENDING NUMBER1592

ADEQUATE PROTECTION PAYMENT TO BBVA BANCO ACCOUNT ENDING NUMBER 8092　　　UNTIL CONFIRMATION $200.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO BBVA AUTO ACCOUNT ENDING NUMBER 8092 THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $500.00 DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON AUGUST 2012

ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN FIFTY PERCENT 50% WILL BE PAID INTO THE PLAN, IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE. UNLESS THE DEBTOR MOVES THE COURTACCORDINGLY TO USE ANY PORTION OF SAID RETURN.

DEBTOR WILL MAINTAIN REGULAR MONTHLY PAYMENT TO EUROLEASE. ARREARS TO EUROBANK THROUGH THE TRUSTEE IN THE AMOUNT OF $3,500.00.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF BPPR IN REGARDS TO THE APARTMENT LOCATED AT CALLE CERVANTES NUM 55, CONDADO PR.

LUMP SUM PAYMENTS ARE EVERY CHRISTMAS TIME FROM THE 50% OF THE CHRISTMAS BONUS IN THE AMOUNT OF $1,400.00

ROBLES QUIROS, ARTURO RAFAEL
MIRADOR DE BAIROA
CALLE 27 2 R-3
CAGUAS, PR  00725

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR  00919-5596

GEREN COOP
1200 AVE. PONCE DE LEON
SAN JUAN, PR  00907-3918

AES GRADUATE & PROFESSIONAL
SERVICES
PO BOX 2461
HARRISBURG, PA  17105-2461

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA  50364-0500

BANCO POPULAR DE PR
PO BOX 71375
SAN JUAN, PR  00936-7077

MACYS
PO BOX 8053
MASON, OH  45040

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

MOMENTUM MANAGEMENT, INC.
PO BOX 13344
SAN JUAN, PR  00908-3344

BBVA BANCO
PO BOX 364745
SAN JUAN, PR  00936-4745

DEPARTAMENTO DE HACIENDA
PASEO COVADONGA, NUM. 10
EDIF. INTENDENTE RAMIREZ
SAN JUAN, PR  00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

EURO LEASE
A DIVISION EUROBANK
PO BOX 192099
SAN JUAN, PR  00919-2099

EUROLEASE
A DIVISION OF EUROBANK
PO BOX 192099
SAN JUAN, PR  00919-2099